IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL ACTION NO. 4:23-CR- |
| | § 00153-SDJ-AGD |
| SETH THOMAS HENDERSON | § |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Now before the court is the request for revocation of Defendant Seth Thomas Henderson's supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on November 29, 2023, to determine whether Defendant violated his supervised release. Defendant was represented by Michael Pannitto of the Federal Public Defender's Office. The Government was represented by Matt Johnson.

Defendant was sentenced on July 13, 2018, before The Honorable John McBryde of the Northern District of Texas, Fort Worth Division after pleading guilty to the offense of Felon in Possession of Firearm, a Class C felony. This offense carried a statutory maximum imprisonment term of not more than 10 years imprisonment. The guideline imprisonment range, based on a total offense level of 12 and a criminal history category of V, was 27 to 33 months. Defendant was subsequently sentenced to 33 months imprisonment followed by a 3-year term of supervised release subject to the standard conditions of release, plus special conditions to include substance abuse testing and treatment, no possession of a controlled substance, no contact with the victim, and a $100 special assessment. On July 14, 2022, Defendant completed his period of imprisonment and began service of the supervision term. On June 22, 2023, Defendant's case was transferred to the Eastern District of Texas, Sherman Division, and assigned to The Honorable Sean D. Jordan, U.S. District Judge.

On October 23, 2023, the United States Probation Officer executed a Petition for Warrant or

Summons for Offender Under Supervision (Dkt. #2, Sealed). The Petition asserts that Defendant violated three (3) conditions of supervision, as follows: (1) (mandatory) Defendant shall refrain from any unlawful use of a controlled substance; (2) (standard) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician; and (3) (standard) Defendant shall report to the U.S. Probation Officer as directed by the court or U.S. Probation Officer and shall submit a truthful and complete written report within the first five (5) days of each month (Dkt. #2, Sealed).

The Petition alleges that Defendant committed the following acts: (1) On April 6, 2023, Defendant reported to the U.S. Probation Office and submitted a urine specimen that tested positive for morphine, methamphetamine, and marijuana. Said results were confirmed by Alere Toxicology Services. On May 25, 2023, Defendant reported to the U.S. Probation Office and submitted a urine specimen that tested positive for marijuana and PCP. Said results were confirmed by Alere Toxicology Services. On September 9, 2023, during a home visit, Defendant submitted a urine specimen that tested positive for marijuana and PCP. Said results were confirmed by Alere Toxicology Services. On October 20, 2023, Defendant reported to the U.S. Probation Office and submitted a urine specimen that tested positive for marijuana and PCP. Defendant verbally admitted to having used marijuana but denied PCP use. This specimen was submitted to Alere Toxicology Services for confirmation testing; and (2) Defendant failed to submit monthly supervision reports for the months of March, April, May, June, August, and September 2023.

Prior to the Government putting on its case, Defendant entered a plea of true to all allegations of the Petition. Having considered the Petition and the plea of true to all allegations, the court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the

report and recommendation of this court.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months to run consecutively to any other term of imprisonment with no term of supervised release to follow. The court also recommends that Defendant be housed in the Bureau of Prisons facility in El Reno, Oklahoma, if appropriate.

**SIGNED this 7th day of January, 2024.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE